AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE MANUEL AGUILAR-TORRES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0565-BEN

I, JOSE MANUEL AGUILAR-TORRES, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-19-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Jose Manuel Aguilar Torres
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER